# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED ___ LOGGED ___ ENTERED ___ RECEIVED

NOV 10 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

[Full Name] Rusasene Watson
[DOB] 12-11-1990
id# 436708

720 Bosley ave Towson Maryland 21204

(Full name, date of birth, identification #, address of petitioner)

**Plaintiff,**

v.

Gail Watts, Director/Warden;

Case No.: _____
(Leave blank. To be filled in by Court.)

720 Bosley ave Towson Md 21204

(Full name and address of respondent)

**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: N/A

      Defendant(s): N/A

   2. Court (if a federal court name the district; if a state court name the city or county):

      N/A

3. Case No.: N/A

4. Date filed: N/A

5. Name of judge that handled the case: N/A

6. Disposition (won, dismissed, still pending, on appeal): N/A

7. Date of Disposition: N/A

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☒

   1. If you answered YES:

      a. What was the result? N/A

      b. Did you appeal? N/A

      YES ☐   NO ☒

   2. If you answered NO to either of the questions above, explain why: N/A

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

ON about 8-29-21 around 5:30 or 6:00 pm in B.C.D.C Towson Section 3D cell #20 I was jumped by 4 men entered my cell. I was also stabbed above my eye and was taken to St. Joseph E.R located in Towson md for my injury's on 8-29-21 i was informed that the guys who Jumped me were BGF gang members, And they run this Jail the officers.



On about 8-29-21 around 5:30 or 6:00 pm in B.C.D.C Towson section 3D cell 20 I was jumped by 4 men who entered my cell. I was also stabbed above my eye and was taken to St. Joseph E.R located in Towson md for my injury's on 8-30-21 at about 10am. After i was attacked and stabbed the night of 8-29-21 i was informed that the guy's who jumped me were sending more people after me latter that night when it was time to lock in at 10:45 pm, Because my injuries were so bad that when security check came around the C.O's would see the obvious stab wound, Black eyes & swollen jaw. So around 10:30 when it was time to get my medication i went and locked into a friend's of mine cell because he was the only person i could trust to help me. Because i figured the C.O's were apart of this attack on me because they opended my door for the men to attack me in my cell. I know this because at the end of the assault the CO came to my cell #20 and let the men out and left me bleeding out. I didn't get medical attention until the next shift/Day. I was given a ticket for being in a friend that helped me from being attacked again. When i was taken from 3D the next morning i spoke with Sgt. Page and explained the situation to him under the pressure of avoiding me going to lockup for me being attacked. I futher investigation of the situation a knife was found and the camras were replaid and the people involved were put on restricted houseing. And when they went on lockup and went for there ticket officer Lowmax told the men involved with the assault that i told her supervisor's that the men were giving me a sangtion & that same day gave me a hearing for the ticket i got the night of the attack. She gave me 10 days for 2 seperate tickets and ran them concurrent put me on the same section with

2 of the men involved and changed my conccurent to a consecutive. Righ befor the hearing she asked me "do i feel safe on 4E"? I said yes i asked why you ask me that? She said "i just held hearing's for the guy's involved in your attack" i said ok why are you telling mee. She said "Because of what you told us about them" I explained to her i didnt tell anyone anything. She seemed to become upset then we went to an office area to have my hearing because i was uncomfortable talking to her as she was saying things i never said to her. After that she gave me 10 day's restrictive housing after i told her i didnt feel safe there because thats where the people were that attacked me i also explained that i was attacked the night of the ticket thats why i got the ticket she obviously didnt care and was playing a part in helping my attackers. When i was taken to 3E cell #3 on 9-2-21 & 2 of the guy's slept in cell #15 when they came out for rec/walk they threw human waist into my cell. i complained at count that there was a bad smell in the cell #8 and the water did not work so they moved me to cell #2. Where i was harassed every single day. They would kick my door leave dead mice under the door i felt like i was going crazy. I got off of lockup sep 21, 2021 and was sent back to 4E 9-21-21 at about 11:30 pm an officer came and told me i was going to 4E at the time the 2 guys were out for there walk & went to ask the officer in the bubble what section i was goin to & the officer told them. Im sure they lied and said they were my friends/family that still didnt make it right to tell them. at this time they slept in cell #13. latter that night i was taken to 4E cell #3 at about 1am sep 22, 2021. That night the guy's yelled

Through the vent to tell the guys they knew to Jump me again i know this because i heard them in my vent cell#3 on 4E vent is right above cell#13 on 3E and connected. So that night i saw 3 guy's standing in front of my cell#3 4E waving to the C.O as if it were there cell the co than opened the cell and i walked out asking what they wanted. They told me to check in/leave the section or they would make me by Jumping me. They then started arguing with one another and all went into cell#13 4E. The next day/morning i went to talk to a guy about the situation who slept in cell#2 4E i found out they Jumped him for not helping inside cell#13 4E the night befor & i was charged with assaulting him by sgt. neal and was about to be taken back to lockup not even 24 hours of me being off. Then i started fearing for my life knowing the C.O's and inmates were working together i was then taken to the phyc tear for 30 day's then i was taken to my hearing and recived time served after that i signed on to protective costudy on 4G cell#7, because inmates all over Jail was out to kill me.

I ask for the officer name who open my cell door for me to get assaulted but the other officials deprive me of it.

Dear Honorable Court,

Please find out who this officer was working on Section 3D, 8/29/21, around 5:30pm - 6:00pm because this is the officer who illegally open my cell door for me to get assaulted and stabbed, and once this Honorable Court finds out I would like to add this person/officer as an (additional defendant);

and according to the BCDC Inmate handbook Rules, no inmate is to enter another inmate cell. All inmates cells must stay locked at all times. All officers must observe at all times to make sure no inmates goes in another inmate cell when opening another inmates cell who sleeps in that cell or they will recieve an infraction. In Mr. Watson case the officer knew the inmates who assaulted Mr. Watson and purposely let them in his cell which he got stabbed, black eyes, and swollen jaw, because Mr. Watson was in his cell and his cell door was locked until the 4 inmates came in to assault him.

Mr. Watson ask that this Honorable Court have BCDC Warden/Director Gail Watts to disclose the video of the assault incident.

7(d) of 13

IV. Relief
(State briefly what you want the Court to do for you.)

I ask for $1 million dollars and to be released from BCDC, because defendants are in fact liable for my injuries.

SIGNED THIS 5th day of November, 2021.

Rusasene Watson
Signature of Plaintiff

Rusasene Watson
Printed Name

720 Bosley Ave, Towson, MD 21204
Address

_____
Telephone Number

_____
Email Address

The Plaintiff states that his claim is a claim upon which a claim may be granted, and his 1983 law suit claim must be look at less stringent than the ones drafted by attorneys.
See, White v White (1989).