

Rusagene Watson
#1136-708
20 Bosley Ave
Towson, Md 21204.

TO - Office Of the Federal Clerk,
6500 Cherry Wood Lane
Greenbelt, md 20770.