UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Rusasene Watson

Movant / Former Plaintiff

v.

Baltimore County, et al.

Civil Action No.: ____ (Insert prior DLB case number) 21-2889-DLB

Originally assigned to Judge Deborah L. Boardman ("DLB")

MOTION TO REOPEN CASE FOR MATERIAL BREACH OF SETTLEMENT AGREEMENT

AND REQUEST FOR ENFORCEMENT

Movant, Rusasene Watson, respectfully moves this Court to reopen the above-captioned matter for the limited purpose of enforcing the August 2024 Settlement Agreement and Release previously approved by this Court. Maryland materially breached the agreement by entering an unlawful, retaliatory "fugitive want" approximately one year after settlement, directly causing Movant's interstate arrest, detention, and injuries.

This breach nullifies the benefit of the bargain, violates both contractual and constitutional protections, and vests this Court with ancillary jurisdiction under Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994).

I. BASIS FOR REOPENING

1. In August 2024, Movant and Baltimore County executed a civil-rights settlement resolving claims arising from events at BCDC.

• The agreement required:

a) Payment of $22,500;

b) Mutual release;

c) No retaliatory or adverse actions.

2. In August 2025, Maryland or its agents entered a false "fugitive want" / probation-violation entry in Movant's name without probable cause, judicial authorization, or legal basis.

3. Maryland withdrew the entry on August 12, 2025, acknowledging no lawful basis existed.

4. Despite the withdrawal, the false entry remained in interstate systems and was used by North Carolina on August 13, 2025, resulting in:

- Tasering

- Physical assault

- Forced stripping of clothing

- Food deprivation

- Continued labeling as "fugitive" after cancellation

5. These harms were the direct, foreseeable consequence of Maryland's wrongful August 2025 entry.

6. Movant attempted to file a breach notice in November 2025; the Clerk returned it citing deficiencies.

- Movant now cures all defects, including:

– Exhibit A confirming Venable LLP withdrawal;

– Demonstrating the August 2025 conduct is independent of prior filings;

– Confirming Movant proceeds pro se for settlement enforcement.

7. All supporting evidence is attached and incorporated.

## II. EVIDENTIARY EXHIBITS

Exhibit B — Venable LLP Withdrawal (Screenshot Text Message)

Exhibit C — Clerk's Returned Deficiency Notice

Exhibit D — Maryland Withdrawal of Fugitive Want (Aug. 12, 2025)

Exhibit E — North Carolina Arrest Documentation (Aug. 13, 2025)

Exhibit F — Injury & Conditions Summary

Exhibit G — Settlement–Breach Timeline

## III. APPLICABLE LAW

1. Ancillary Jurisdiction Over Settlement Enforcement

- Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

- Hensley v. Alcon Labs., 277 F.3d 535 (4th Cir. 2002)

2. Covenant of Good Faith & Fair Dealing

• Kumar v. Dhanda, 198 Md. App. 337 (2011)

• Questar Builders v. CB Flooring, 410 Md. 241 (2009)

3. Post-Settlement Retaliation as New §1983 Violation

• Williams v. Brown, 347 F. App'x 429 (11th Cir. 2009)

• DeLoach v. Beard, 1:06-cv-1717

IV. RELIEF REQUESTED

Movant respectfully requests an order:

1. Reopening this matter for the limited purpose of enforcing the settlement.

2. Declaring Maryland's August 2025 "fugitive want" a material breach.

3. Awarding damages traceable to the breach, including:

• Physical injury

• Emotional trauma

• Unlawful interstate detention

• Contractual damages

4. Directing Maryland / Baltimore County to produce:

• Names of officials responsible for the August 2025 entry

• All communications between BCDC, DPSCS, probation, and interstate agencies

5. Issuing sanctions or an order to show cause.

6. Granting any further relief this Court deems appropriate.

CERTIFICATE OF SERVICE

I hereby certify that on this 4 day of December 2025, a copy of this Motion and all Exhibits were mailed via U.S. Mail to:

Maryland Office of the Attorney General

200 St. Paul Place

Baltimore, MD 21202

Baltimore County Office of Law

400 Washington Ave

Towson, MD 21204

Former Counsel (Notice Only):

Catherine ArtRitter, Esq.

Venable LLP

750 E. Pratt Street, Suite 900

Baltimore, MD 21202

Respectfully submitted,

Rusasene Watson

Pro Se Movant

Guilford County Detention Center

324 W. Market Street

Greensboro, NC 27401

Email: rusasenewatson@gmail.com

*/s/ Rusasene Watson*