(Exhibit B)

1:20

**Lawyer Catherine >**

Good afternoon Catherine,

This is Rusasene Watson. I received a clerk's notice stating that a recent filing was returned due to the Maryland matter (21-2889-DLB) being closed. For the record, I already have your written confirmation that Venable's representation ended on July 18, 2024.

I am sending this message only to confirm that the prior written withdrawal notice you provided remains accurate and complete, so that I may reference it if the court asks for clarification.

No action is required from you beyond that. I appreciate your confirmation and preservation of the documents previously discussed.

Thank you.
—Rusasene Watson

Delivered

Confirmed that our engagement ended.

iMessage